CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JAN 23 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| ALBERT LAMONT JACOBS, <br> Petitioner, | ) <br> ) <br> ) | Civil Action No. 7:14-cv-00033 |
| v. | ) <br> ) <br> ) | **ORDER** <br><br> By: Hon. Jackson L. Kiser |
| RED ONION STATE PRISON, <br> Respondent. | ) <br> ) <br> ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** as unexhausted; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 23rd day of January, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge